THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR14-0343-JCC |
| Plaintiff, | ORDER CONTINUING PRE-TRIAL MOTIONS AND TRIAL DATE |
| v. | |
| TRYGVE L. BJORKSTAM, | |
| Defendant. | |

This matter came before the Court upon the Stipulated Motion of Defendant Trygve L. Bjorkstam, by and through his attorney of record, Gabriel I. Banfi, and the United States of America, by and through Annette L. Hayes, Acting United States Attorney for the Western District of Washington, and Stephen Paul Hobbs, Special Assistant United States Attorney for said District, requesting a continuance of the Trial date in the above-captioned case from March 23, 2015 to May 11, 2015 and to continue the Pre-trial Motions cut-off date from February 20, 2015 to April 10, 2015. (Dkt. No. 37). Having considered all the files and records herein,

THIS COURT FINDS, pursuant to Title 18, United States Code, Section 3161 (h)(7)(B)(i), that failure to grant such a continuance in the proceeding would be likely to make a continuation of such proceeding impossible, or result in a miscarriage of justice.

THIS COURT FINDS, pursuant to Title 18, United States Code, Section 3161 (h)(7)(B)(iv), that failure to grant the continuance in this case, which is not so unusual or so complex as to fall within clause (ii), however it does demand that counsel review discovery in preparation for potential Pre-Trial Motions and Jury Trial, including three compact disks which contain law enforcement reports, search warrants, search warrant affidavits, inventory and return of search warrants, and photographs, would deny counsel for the Defendant the reasonable time necessary for effective preparation, due to counsel's need for more time to review the evidence and consider possible defenses, taking into account the exercise of due diligence;

THIS COURT FINDS, pursuant to Title 18, United States Code, Section 3161 (h)(7), that this is a reasonable period of delay and that there have been no previous motions for continuance, and that the Defendant has requested more time to review discovery, consider possible Pre-Trial Motions, consider plea options, and prepare for Trial. The Defendant has indicated that he will file a Waiver of Speedy Trial in support of this motion.

THIS COURT FINDS, therefore, that pursuant to Title 18, United States Code, Section 3161 (h)(7)(A), the ends of justice will best be served by a continuance, and that they outweigh the best interests of the public and the defendant's speedy trial right.

THIS COURT FURTHER FINDS, that all of the additional time requested between the original Trial date of March 23, 2015 and the new trial date of May 11, 2015 is necessary to provide counsel for the defendant with reasonable time to prepare for Trial.

NOW, THEREFORE, it is hereby ordered that the trial date will be continued to May11, 2015, with a Pre-Trial Motions cut-off date continued to April 10, 2015.  The time between this

date and the new Trial date is excluded in computing the time within which a Trial must be held pursuant to Title 18, United States Code, Section 3161, et. seq.

DATED this 19th day of March 2015.

John C. Coughenour
UNITED STATES DISTRICT JUDGE