THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITES STATE OF AMERICA, | CASE NO. CR14-0343-JCC |
| Plaintiff, | ORDER |
| v. | |
| TRYGVE BJORKSTAM, | |
| Defendant. | |

This matter comes before the Court on Defendant's motion requesting a judicial recommendation concerning an RRC/halfway house placement (Dkt. No. 67). Defendant's motion is GRANTED. The Court recommends to the Bureau of Prisons, pursuant to 18 U.S.C. § 3621(b)(4)(B), that Defendant be granted the maximum placement time of 12 months in a halfway house prior to his release. The Clerk is DIRECTED to mail a certified copy of this order to the warden for the federal detention facility at Sheridan.

DATED this 20th day of November 2017.

John C. Coughenour
UNITED STATES DISTRICT JUDGE